UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DHARLEEN NARCEDA,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00995-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AS UNNECESSARY<br><br>(ECF No. 6) |

　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 25, 2014. On July 7, 2014, Plaintiff filed a motion to amend his complaint. He also filed a first amended complaint.

　　Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). As Plaintiff does not need leave of court to file an amended complaint and his first amended complaint has been filed, his motion is HEREBY DENIED as unnecessary. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:　**August 13, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1